UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,
Plaintiff(s)

v. C.A. No. 04 460 ML

Theresa Marinelli,
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiffs Capitol Records, Inc. Et. Al. hereby move that Timothy E. Congrove be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☒ **The case involves the following complex area of the law, in which counsel specializes: Intellectual Property.**

☐ ___________ counsel's long-standing representation of the client:

☐ The local trial bar lacks experience in the field of:

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which counsel is familiar, specifically :

☐ The case requires extensive discovery in a foreign jurisdiction convenient to counsel, as follows: .

☐ It is a criminal case, and counsel is defendant's counsel of choice.

☐ Other: .

Plaintiffs

By: [signature]
Attorneys for CAPITOL RECORDS, INC., WARNER BROS. RECORDS INC., UMG RECORDINGS, INC., SONY BMG MUSIC ENTERTAINMENT, and ARISTA RECORDS LLC.

DATED: 6/22/05

1687195v1

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Kansas and Missouri, and of the following Federal District Court and/or Court of Appeals Bar(s) of the District of Kansas, Western and Eastern Districts of Missouri and the United States Court of Appeals for the 5th Circuit, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

[signature]
Timothy E. Congrove
Shook, Hardy & Bacon LLP.
2555 Grand Blvd.
Kansas City, Missouri 64157
Tel. 816-474-6550 Fax 816-421-2708

[signature]
Local Associate Counsel
James O'Neil RI# 2097
Law Offices of James O'Neil
1130 Ten Rod Road, Suite A-103
North Kingstown, RI 02852
Tel. 401-667-7111 Fax. 401-667-7112

---

**Order :** This motion is hereby .______________________________

______________________________
U.S. District Judge
Date: ______________________

pro hac vice motion (rev.3/05)

1687195v1