**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CAPITOL RECORDS, INC., *ET AL.*,<br>Plaintiffs,<br>v.<br>THERESA MARINELLI,<br>Defendant. | Civil Action No.: 04-460ML |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE SCHEDULING ORDER**

Pursuant to Local Rule 2 (c), Plaintiffs, through undersigned counsel, respectfully submit this Motion For An Extension of Time and to Modify the Scheduling Order. Plaintiffs have attached a memorandum in support of their motion. Plaintiffs' counsel has made several good faith attempts to confer with Defendant to determine if Defendant consents to this motion, however, Defendant was unresponsive.

Dated: July 6, 2005

Respectfully submitted,

James E. O'Neil
The Meadows, Suite A-103
1120 Ten Rod Road
North Kingstown, Rhode Island
Telephone: (401) 667-7111
Fax: (401) 667-7112
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 6th day of July, 2005, a true and accurate copy of the within Motion for An Extension and To Modify the Schduling Order was mailed first class, postage prepaid to Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, Rhode Island 02915

James E. O'Neil, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CAPITOL RECORDS, INC., *ET AL.*,<br><br>Plaintiffs,<br><br>v.<br><br>THERESA MARINELLI,<br><br>Defendant. | Civil Action No.: 04-460ML |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE SCHEDULING ORDER**

Plaintiffs, through undersigned counsel, respectfully submit this Memorandum in Support of Plaintiffs' Motion For An Extension of Time and to Modify the Scheduling Order. As explained below, Plaintiffs' Motion to extend by forty-five (45) days all remaining deadlines set in the Scheduling Order is supported by good cause. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs served the Complaint on October 30, 2004. Defendant filed an Answer on December 30, 2004. The Court issued a Scheduling Order on January 21, 2005.

2. Plaintiffs have made good faith efforts to try to settle the case and will continue to do so. However, Defendant has been non-responsive to any of Plaintiffs attempts to contact her.

3. In the meantime, Plaintiffs seek to modify the Scheduling Order to complete Defendant's deposition so that they can determine whether all proper parties are before the Court before the deadline for the parties to move for the joinder of additional parties or the amendment of pleadings.

4. Plaintiffs propose also to modify the other remaining deadlines set in the Scheduling Order so that those deadlines will occur at the same intervals for which they are currently set.

5. Specifically, Plaintiffs request that the Court modify the Scheduling Order as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline; submission of status report | July 15, 2005 | August 29, 2005 |
| Dispositive pretrial motions | August 15, 2005 | September 29, 2005 |
| Memos due | September 15, 2005 | October 30, 2005 |

6. In addition to enabling Plaintiffs to ensure that the proper parties are before the Court before the deadline for moving to join parties or to amend pleadings, the modifications Plaintiffs seek will serve the interest of judicial efficiency because they will enable the parties to conduct additional settlement discussions in conjunction with the early discovery in the case.

7. Plaintiffs' counsel was not able to confer with Defendant regarding consent to the Motion.

8. For the foregoing reasons, the Court should grant Plaintiffs' Motion to Modify the Scheduling Order.

Dated: July 6th, 2005

Respectfully submitted,

James E. O'Neil
The Meadows, Suite A-103
1120 Ten Rod Road
North Kingstown, Rhode Island
Telephone: (401) 667-7111
Fax: (401) 667-7112
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 6th day of July, 2005, a true and accurate copy of the within Memorandum in Support of Plaintiff's Motion for An Extension and To Modify the Schduling Order was mailed first class, postage prepaid to Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, Rhode Island 02915

James E. O'Neil, Esq.