FILED
JUL 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CAPITOL RECORDS, INC., *ET AL.*,

Plaintiffs,

v.

THERESA MARINELLI,

Defendant.

Civil Action No.: 04-460ML

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE SCHEDULING ORDER**

Pursuant to Local Rule 2 (c), Plaintiffs, through undersigned counsel, respectfully submit this Motion For An Extension of Time and to Modify the Scheduling Order. Plaintiffs have attached a memorandum in support of their motion. Plaintiffs' counsel has made several good faith attempts to confer with Defendant to determine if Defendant consents to this motion, however, Defendant was unresponsive.

Dated: July 6, 2005

Respectfully submitted,

James E. O'Neil
The Meadows, Suite A-103
1120 Ten Rod Road
North Kingstown, Rhode Island
Telephone: (401) 667-7111
Fax: (401) 667-7112
*Attorney for Plaintiffs*

Granted.
Mary M. Lisi
USDJ 7/8/05

1695372v1

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 6th day of July, 2005, a true and accurate copy of the within Motion for An Extension and To Modify the Schduling Order was mailed first class, postage prepaid to Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, Rhode Island 02915

James E. O'Neil, Esq.