**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THERESA MARINELLI<br><br>Defendant. | Civil No.: CA 04-460ML |

**<u>1ST SET OF INTERROGATORIES</u>**
**<u>PROPOUNDED BY PLAINTIFF TO DEFENDANT</u>**

**PROPOUNDING PARTY:** Plaintiff Capitol Records, Inc.

**RESPONDING PARTY:** Defendant

**SET NO.:** One

Pursuant to Federal Rule of Civil Procedure 33, please answer each of the following interrogatories, separately and fully, in writing, under oath, within thirty (30) days after service, in accordance with the Definitions and Instructions below.

**DEFINITIONS AND INSTRUCTIONS**

A. "THE COMPUTER" means all computers and computer components located within your place of residence or otherwise within your possession, custody, or control that had access to the Internet at any time during the preceding three years through your account with Cox Communications, Inc.

B. "PLAINTIFFS' RECORDINGS" means the sound recordings listed in Exhibit A attached to the Complaint in this action.

C. "ONLINE MEDIA DISTRIBUTION SYSTEM" means any Internet-based system including, but not limited to, Kazaa, Grokster, MusicCity, BearShare, Limewire, iMesh, FastTrack, and Gnutella that enables users to copy sound recordings from, and/or distribute sound recordings to, other users of the system.

D. "PERSON(S)" means any natural person and any business, legal, or governmental entity or association.

E. "IDENTIFY" (with respect to persons) means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, their age, their relationship to you and their present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

F. "STATE THE BASIS" means you shall:

1. identify each and every document (and, where pertinent, the section, article, or subparagraph thereof), which forms any part of the source of your information regarding the alleged facts or legal conclusions referred to by the interrogatory;

2. identify each and every communication which forms any part of the source of your information regarding the alleged facts or legal conclusions referred to by the interrogatory;

3. state separately the acts or omissions to act on the part of any person (identifying the acts or omissions to act by stating their nature, time, and place and identifying the person involved) which form any part of your information regarding the alleged facts or legal conclusions referred to in the interrogatory; and

4. state separately any other fact which forms the basis of your information regarding the alleged facts or legal conclusions referred to in the interrogatory.

G. "MADE AVAILABLE" or "MAKE AVAILABLE" means storing a file or content on the hard drive of THE COMPUTER in a manner such that the file or content may be accessed by members of the public and/or other users of an ONLINE MEDIA DISTRIBUTION SYSTEM, including, but not limited to, by placing the file or content in a "share" folder associated with an ONLINE MEDIA DISTRIBUTION SYSTEM.

H. These interrogatories call for all information (including any information contained in or on any document, electronic, or hard-copy) that is known or available to you, including all information in the possession of or available to your attorneys, agents, representatives, investigators or any other person acting on behalf of you or under your direction or control.

I. If you cannot answer any interrogatory fully and completely after exercising due diligence to make inquiry and secure the information necessary to do so, please answer each such interrogatory to the fullest extent possible, state the facts upon which you rely to support your contention that you are unable to answer the interrogatory fully and completely, and state what knowledge, information, and belief that you have concerning the unanswered portion of each such interrogatory.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

State your date of birth.

**INTERROGATORY NO. 2:**

If you are under the age of eighteen (18) years, IDENTIFY your parents or legal guardian.

**INTERROGATORY NO. 3:**

IDENTIFY the owner of THE COMPUTER.

**INTERROGATORY NO. 4:**

IDENTIFY all PERSONS who utilized THE COMPUTER during the last two years.

**INTERROGATORY NO. 5:**

IDENTIFY all PERSONS who utilized THE COMPUTER on November 21, 2003.

**INTERROGATORY NO. 6:**

IDENTIFY all PERSONS who downloaded an ONLINE MEDIA DISTRIBUTION SYSTEM on THE COMPUTER during the last two years.

**INTERROGATORY NO. 7:**

IDENTIFY all PERSONS who utilized an ONLINE MEDIA DISTRIBUTION SYSTEM on THE COMPUTER during the last two years, including but not limited to any PERSON who downloaded music to THE COMPUTER.

**INTERROGATORY NO. 8:**

IDENTIFY all PERSONS who utilized an ONLINE MEDIA DISTRIBUTION SYSTEM on THE COMPUTER on November 21, 2003.

**INTERROGATORY NO. 9:**

Identify, by title of recording and recording artist, all sound recordings that you have copied or downloaded onto THE COMPUTER using an ONLINE MEDIA DISTRIBUTION SYSTEM during the three years before the Complaint in this action was filed.

**INTERROGATORY NO. 10:**

Identify, by title of recording and recording artist, all sound recordings that you have MADE AVAILABLE from THE COMPUTER using an ONLINE MEDIA DISTRIBUTION SYSTEM during the three years before the Complaint in this action was filed.

**INTERROGATORY NO. 11:**

For each of the sound recordings identified in your response to Interrogatory Nos. 9 or 10, identify the ONLINE MEDIA DISTRIBUTION SYSTEM used and the dates you used them.

**INTERROGATORY NO. 12:**

State all user or screen names you ever have used in connection with each ONLINE MEDIA DISTRIBUTION SYSTEM you utilized.

**INTERROGATORY NO. 13:**

IDENTIFY all PERSONS who have used the user screen name "JustTessa@KaZaA" while connected to an ONLINE MEDIA DISTRIBUTION SYSTEM using THE COMPUTER.

**INTERROGATORY NO. 14:**

If you have recorded or burned onto CDs any sound recordings that you have downloaded using an ONLINE MEDIA DISTRIBUTION SYSTEM, identify, by title of recording and recording artist, each such sound recording, grouping the sound recordings by

the CD onto which they were burned.

**INTERROGATORY NO. 15:**

Describe (by type of file, and, if applicable, title of song, artist, and where you got the file from) what is contained in each file identified in Exhibit B to the Complaint.

**INTERROGATORY NO. 16:**

List which files identified in Exhibit B to the Complaint were downloaded through an ONLINE MEDIA DISTRIBUTION SYSTEM.

**INTERROGATORY NO. 17:**

IDENTIFY who downloaded each file identified in Exhibit B to the Complaint.

**INTERROGATORY NO. 18:**

Identify, by title of recording and recording artist, all of the sound recordings contained in the files identified in Exhibit B to the Complaint which you deleted from THE COMPUTER after you received the Complaint in this action.

**INTERROGATORY NO. 19:**

Identify, by title of recording and recording artist, all of the sound recordings that you downloaded to THE COMPUTER using an ONLINE MEDIA DISTRIBUTION SYSTEM after you received the Complaint in this action.

**INTERROGATORY NO. 20:**

Identify, by title of recording and recording artist, each of the compact discs or other phonorecords you own that contain any of the sound recordings listed in Exhibit B to the Complaint.

**INTERROGATORY NO. 21:**

STATE THE BASIS for any Affirmative Defenses alleged in your Answer

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 16th day of March, 2005, a true and accurate copy of the within Interrogatories were mailed first class, postage prepaid to Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, Rhode Island 02915

James E. O'Neil, Esq.