UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THERESA MARINELLI<br><br>Defendant. | Civil No.: CA 04-460ML |

**PLAINTIFF'S REQUESTS FOR ADMISSION**

**PROPOUNDING PARTY:** Plaintiff Capitol Records, Inc.

**RESPONDING PARTY:** Defendant

**SET NO.:** One

Plaintiff Capitol Records, Inc. requests that Defendant admit the truth of the following matters pursuant to Rule 36 of the Federal Rules of Civil Procedure. Under the provisions of Rule 36, you are required to respond to these Requests for Admission, in writing, within 30 days of service of these Requests. Your response must be signed as required by Rule 26(g)(2) of the Federal Rules of Civil Procedure. If you fail to fully respond to these Requests for Admission within the time allowed, the matters set forth in these Requests may be deemed admitted and conclusively established against you for purposes of this action.

# DEFINITIONS AND INSTRUCTIONS

A. "PERSON(S)" means and includes any natural person or any business, legal or governmental entity or association.

B. "PLAINTIFFS' EXHIBIT A RECORDINGS" means the sound recordings listed on Exhibit A to the Complaint.

C. "PLAINTIFFS' SCHEDULE 1 RECORDINGS" means the sound recordings listed on "SCHEDULE 1" hereto, each of which are also listed on Exhibit B to the Complaint.

D. "ONLINE MEDIA DISTRIBUTION SYSTEM" means any Internet-based system including, but not limited to, Kazaa, Grokster, MusicCity, BearShare, Limewire, iMesh, FastTrack, and Gnutella, that enables users to copy sound recordings from, and/or distribute sound recordings to, other users of the system.

E. "MADE AVAILABLE" or "MAKE AVAILABLE" means storing a file or content on THE COMPUTER hard drive in a manner such that the file or content may be accessed by members of the public and/or other users of an ONLINE MEDIA DISTRIBUTION SYSTEM including, but not limited to, by placing the file or content in a "share" folder associated with an ONLINE MEDIA DISTRIBUTION SYSTEM.

F. "THE COMPUTER" means all computers and computer components located within your place of residence or otherwise within your possession, custody, or control that had access to the Internet at any time during the preceding three years through your account with Cox Communication, Inc.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that you subscribed to the Internet service provided by Cox Communications, Inc., that connected THE COMPUTER to the Internet as of November 21, 2003.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you owned THE COMPUTER as of November 21, 2003.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you had the right and ability to supervise or control the use of THE COMPUTER as of November 21, 2003.

**REQUEST FOR ADMISSION NO. 4:**

Admit that you knew that THE COMPUTER had been used to download or MAKE AVAILABLE copyrighted sound recordings on or before November 21, 2003.

**REQUEST FOR ADMISSION NO. 5:**

Admit that you downloaded an ONLINE MEDIA DISTRIBUTION SYSTEM to THE COMPUTER.

**REQUEST FOR ADMISSION NO. 6:**

Admit that an ONLINE MEDIA DISTRIBUTION SYSTEM was downloaded to THE COMPUTER.

**REQUEST FOR ADMISSION NO. 7:**

Admit that you have used the user screen name "JustTessa@KaZaA" while connected to an ONLINE MEDIA DISTRIBUTION SYSTEM.

**REQUEST FOR ADMISSION NO. 8:**

Admit that Exhibit B to the Complaint is a true and correct copy of your share folder as it currently exists or as it existed at any point in the past three years.

**REQUEST FOR ADMISSION NO. 9:**

Admit that Exhibit B to the Complaint accurately lists material you have MADE AVAILABLE via an ONLINE MEDIA DISTRIBUTION SYSTEM within the past three years.

**REQUEST FOR ADMISSION NO. 10:**

Admit that each of the file names listed on Exhibit B to the Complaint accurately depicts the artist and title of the sound recordings actually contained within those files as they reside or resided on THE COMPUTER.

**REQUEST FOR ADMISSION NO. 11:**

Admit that you downloaded each of PLAINTIFFS' EXHIBIT A RECORDINGS onto THE COMPUTER using an ONLINE MEDIA DISTRIBUTION SYSTEM.

**REQUEST FOR ADMISSION NO. 12:**

Admit that when you downloaded each of PLAINTIFFS' EXHIBIT A RECORDINGS onto THE COMPUTER, you knew that downloading such sound recordings was illegal.

**REQUEST FOR ADMISSION NO. 13:**

Admit that each Plaintiff listed on Exhibit A attached to the Complaint in this action as owning a copyright in one or more of PLAINTIFFS' EXHIBIT A RECORDINGS, does own or control exclusive rights to the copyright in each such sound recording next to which the Plaintiff is listed.

**REQUEST FOR ADMISSION NO. 14:**

Admit that each Plaintiff listed on Exhibit A attached to the Complaint as owning a copyright in one or more of PLAINTIFFS' EXHIBIT A RECORDINGS, registered the copyright in each such sound recording next to which the Plaintiff is listed prior to the first date in which you downloaded or MADE AVAILABLE each such sound recording.

**REQUEST FOR ADMISSION NO. 15:**

Admit that none of Plaintiffs ever has authorized you to copy or download any of PLAINTIFFS' EXHIBIT A RECORDINGS onto a computer hard drive.

**REQUEST FOR ADMISSION NO. 16:**

Admit that when you downloaded each of PLAINTIFFS' EXHIBIT A RECORDINGS onto THE COMPUTER, you willfully infringed the copyright in each sound recording.

**REQUEST FOR ADMISSION NO. 17:**

Admit that on or before the date of the filing of the Complaint in this action you MADE AVAILABLE PLAINTIFFS' EXHIBIT A RECORDINGS via an ONLINE MEDIA DISTRIBUTION SYSTEM.

**REQUEST FOR ADMISSION NO. 18:**

Admit that none of Plaintiffs ever has authorized you to MAKE AVAILABLE PLAINTIFFS' EXHIBIT A RECORDINGS to be downloaded or copied onto the computer hard drive of any other PERSON.

**REQUEST FOR ADMISSION NO. 19:**

Admit that after you received the Complaint in this action, you deleted some or all of PLAINTIFFS' EXHIBIT A RECORDINGS from THE COMPUTER.

**REQUEST FOR ADMISSION NO. 20:**

Admit that you downloaded each of PLAINTIFFS' SCHEDULE 1 RECORDINGS onto THE COMPUTER using an ONLINE MEDIA DISTRIBUTION SYSTEM.

**REQUEST FOR ADMISSION NO. 21:**

Admit that when you downloaded each of PLAINTIFFS' SCHEDULE 1 RECORDINGS onto THE COMPUTER, you knew that downloading such sound recordings was illegal.

**REQUEST FOR ADMISSION NO. 22:**

Admit that each Plaintiff listed on SCHEDULE 1 as owning a copyright in one or more of PLAINTIFFS' SCHEDULE 1 RECORDINGS, does own or control exclusive rights to the copyright in each such sound recording next to which the Plaintiff is listed.

**REQUEST FOR ADMISSION NO. 23:**

Admit that each Plaintiff listed on SCHEDULE 1 as owning a copyright in one or more of PLAINTIFFS' SCHEDULE 1 RECORDINGS, registered the copyright in each such sound recording next to which the Plaintiff is listed prior to the first date in which you downloaded or MADE AVAILABLE each such sound recording.

**REQUEST FOR ADMISSION NO. 24:**

Admit that none of Plaintiffs ever has authorized you to copy or download any of PLAINTIFFS' SCHEDULE 1 RECORDINGS onto a computer hard drive.

**REQUEST FOR ADMISSION NO. 25:**

Admit that when you downloaded each of PLAINTIFFS' SCHEDULE 1 RECORDINGS onto a computer hard drive, you willfully infringed the copyright in each sound recording.

**REQUEST FOR ADMISSION NO. 26:**

Admit that on or before the date of the filing of the Complaint in this action you MADE AVAILABLE PLAINTIFFS' SCHEDULE 1 RECORDINGS via an ONLINE MEDIA DISTRIBUTION SYSTEM.

**REQUEST FOR ADMISSION NO. 27:**

Admit that none of Plaintiffs ever has authorized you to MAKE AVAILABLE PLAINTIFFS' SCHEDULE 1 RECORDINGS to be downloaded or copied onto the computer hard drive of any other PERSON.

**REQUEST FOR ADMISSION NO. 28:**

Admit that after you received the Complaint in this action, you deleted some or all of PLAINTIFFS' SCHEDULE 1 RECORDINGS from THE COMPUTER.

**REQUEST FOR ADMISSION NO. 29:**

Admit that after you received the Complaint in this action, you continued to download sound recordings to THE COMPUTER using an ONLINE MEDIA DISTRIBUTION SYSTEM.

**REQUEST FOR ADMISSION NO. 30:**

Admit that after you received the Complaint in this action, you continued to MAKE AVAILABLE via an ONLINE MEDIA DISTRIBUTION SYSTEM at least some of PLAINTIFFS' EXHIBIT A RECORDINGS or PLAINTIFFS' SCHEDULE 1 RECORDINGS.

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this ____ day of March, 2005, a true and accurate copy of the within Requests for Admission were mailed first class, postage prepaid to Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, Rhode Island 02915

James E. O'Neil, Esq.



0784245.1

**SCHEDULE 1**

**THERESA MARINELLI**

| PLAINTIFF | ARTIST | SONG TITLE | ALBUM TITLE | SR |
|---|---|---|---|---|
| UMG Recordings, Inc. | Scorpions | Send me and Angel | Crazy World | 134-531 |
| Sony BMG Music Entertainment | Van Morrison | Brown Eyed Girl (alt take) | The Bang Masters | 135-071 |
| Arista Records LLC | Annie Lennox | Walking On Broken Glass | Diva | 145-693 |
| Arista Records LLC | Ace of Base | The Sign | The Sign | 169-749 |
| Arista Records LLC | Ace of Base | All that She Wants | The Sign | 169-749 |
| UMG Recordings, Inc. | Sting | Fields of Gold | Ten Summoner's Tales | 174-453 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Arista Records LLC | Toni Braxton | How Could An Angel Break My Heart | Secrets | 233-892 |
| Sony BMG Music Entertainment | Macy Gray | I Try | On How Life Is | 267-460 |
| UMG Recordings, Inc. | Sting | Desert Rose | Brand New Day | 271-015 |
| Sony BMG Music Entertainment | Marc Anthony | When I Dream At Night | Marc Anthony | 284-194 |
| Arista Records LLC | Dido | Thank You | No Angel | 289-904 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | The Zephyr Song | By The Way | 316-878 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| UMG Recordings, Inc. | Scorpions | Still Loving You | Love At First Sting | 54-748 |
| UMG Recordings, Inc. | The Police | Roxanne | Outlandos D'Amour | 6-942 |
| UMG Recordings, Inc. | Judy Garland | Over the Rainbow | Over The Rainbow | 79-319 |
| UMG Recordings, Inc. | Guns N Roses | Sweet Child O' Mine | Appetite for Destruction | 85-358 |