**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED JUL 13 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS, LLC, a Delaware limited liability company, | ) | |
| Plaintiffs, | ) | Civil No.: CA 04-460ML |
| v. | ) | |
| THERESA MARINELLI | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO COMPEL**

Now come the Plaintiffs in the above-captioned case, by and through their attorney, the undersigned James E. O'Neil, Esq, and move this Honorable Court to issue an order compelling the Defendant, Theresa Marinelli to answer Plaintiff's Requests for Production of Documents, Requests for Admission, and First Set of Interrogatories pursuant to Rule 37 of the Federal Rules of Civil Procedure.

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil
James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

Barbara Barletta
**Deputy Clerk**
**Date:** 8/5/05