UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: James O'Neil, Esq.

RE: CA 04-460ML

Capital Records, Inc., et al v. Theresa Marinelli

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 8 / 8 / 05 and have made the following determination:

____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $150.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 8. Document violates Amended General Order 2002-01.

x 9. Other: Motions to appear pro hac vice must be accompanied by a check in the amount of $50.00 payable to Federal Board of Bar Examiners.

ENTER:

United States Magistrate Judge

Date: 8/8/05

cc: Counsel of Record