**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CAPITOL RECORDS, INC., *ET AL.*,

Plaintiffs,

v.

THERESA MARINELLI,

Defendant.

Civil Action No.: 04-460ML

**~~[PROPOSED]~~ ORDER**

Having considered and granted Plaintiffs' Motion to Compel on August 5th , 2005, it is hereby:

**ORDERED** that the Motion to Compel Discovery is hereby **GRANTED** and the Plaintiff's Requests for Admission are hereby deemed admitted.

Dated: August 11, 2005

Mary M. Lisi
Honorable Mary M. Lisi
United States District Judge

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on this ______ day of August, 2005, a true and accurate copy of the foregoing Plaintiffs' Proposed Order was mailed first class, postage prepaid to the Defendant, Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, RI 02915.

James E. O'Neil, Esq. (#2097)