UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS, LLC, a Delaware limited liability company, | |
| Plaintiffs, | Civil No.: CA 04-460ML |
| v. | |
| THERESA MARINELLI | |
| Defendant. | |

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiffs Capitol Records, Inc., Et Al. hereby move that Stacey E. Deere, Esq. be admitted PRO HAC VICE in the above-captioned case as associate trial counsel with local associate counsel identified below, on the following grounds:

- [X] The case involves the following complex area of the law, in which counsel specializes: Intellectual Property.
- [ ] Pro Hac Vice counsel's long-standing representation of the client: ____________
- [ ] The local trial bar lacks experience in the field of: ____________
- [ ] The case involves complex legal questions under the law of a foreign jurisdiction with which counsel is familiar, specifically: ____________
- [ ] The case requires extensive discovery in a foreign jurisdiction convenient to ____________ counsel, as follows: ____________.
- [ ] It is a criminal case, and ____________ counsel is Defendant's counsel of choice.
- [ ] Other: ____________

Dated:

Plaintiffs

By: [signature]
James E. O'Neil, #2097
Attorney for CAPITOL RECORDS, INC., WARNER BROS. RECORDS, INC., UMG RECORDINGS, INC., SONY BMG MUSIC ENTERTAINMENT, and ARISTA RECORDS LLC.

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Missouri and of the following Federal District Court and/or Court of Appeals Bar(s) Western District of Missouri, and that my eligibility to practice before those Courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any Court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide full explanation).

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the Judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Stacey E. Deere, Esq.

Shook, Hardy & Bacon, L.L.P.
255 Grand Blvd.
Kansas City, MO 64108
Tel.# (816) 474-6550
Fax # (816) 421-2708

Local Associate Counsel
James E. O'Neil, Esq. # 2097
Law Offices of James E. O'Neil
1130 Ten Rod Road, Suite A-103
North Kingstown, RI 02852
Tel. # (401) 667-7111
Fax # (401) 667-7112

---

**ORDER:**

This Motion is hereby ______________

______________________
U.S. District Court Judge
Date: ______________________