**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CAPITOL RECORDS, INC., *ET AL.*,<br>Plaintiffs,<br>v.<br>THERESA MARINELLI,<br>Defendant. | Civil Action No.: 04-460ML |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE SCHEDULING ORDER**

Pursuant to Local Rule 2 (c), Plaintiffs, through undersigned counsel, respectfully submit this Motion For An Extension of Time and to Modify the Scheduling Order. Plaintiffs have attached a memorandum in support of their motion. Significantly, this motion has been assented to by the Defendant, Theresa Marinelli.

**ASSENTED TO:**

Theresa Marinelli
Theresa Marinelli, Defendant

Dated: August 12, 2005

Respectfully Submitted,

James E. O'Neil

James E. O'Neil
The Meadows, Suite A-103
1120 Ten Rod Road
North Kingstown, Rhode Island
Telephone: (401) 667-7111
Fax: (401) 667-7112
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 15th day of August, 2005, I a true and accurate copy of the within Motion For An Extension of Time and to Modify the Scheduling Order was mailed, first class, postage prepaid to Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, RI 02915.

James E. O'Neil

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CAPITOL RECORDS, INC., *ET AL.*,<br><br>Plaintiffs,<br><br>v.<br><br>THERESA MARINELLI,<br><br>Defendant. | Civil Action No.: 04-460ML |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE SCHEDULING ORDER**

Plaintiffs, through undersigned counsel, respectfully submit this Memorandum in Support of Plaintiffs' Motion For An Extension of Time and to Modify the Scheduling Order. As explained below, Plaintiffs' Motion to extend by forty-five (45) days all remaining deadlines set in the Scheduling Order is supported by good cause. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs served the Complaint on October 30, 2004. Defendant filed an Answer on December 30, 2004. The Court issued a Scheduling Order on January 21, 2005.

2. Plaintiffs have made good faith efforts to try to settle the case and will continue to do so.

3. Plaintiffs seek to modify the Scheduling Order to complete Discovery and Defendant's deposition so that they can determine whether all proper parties are before the Court before the deadline for the parties to move for the joinder of additional parties or the amendment of pleadings.

4. Plaintiffs propose also to modify the other remaining deadlines set in the Scheduling Order so that those deadlines will occur at the same intervals for which they are currently set.

5. Specifically, Plaintiffs request that the Court modify the Scheduling Order as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline; submission of status report | August 29, 2005 | October 13, 2005 |
| Dispositive pretrial motions | September 29, 2005 | November 13, 2005 |
| Memos due | October 30, 2005 | December 14, 2005 |

6. In addition to enabling Plaintiffs to ensure that the proper parties are before the Court before the deadline for moving to join parties or to amend pleadings, the modifications Plaintiffs seek will serve the interest of judicial efficiency because they will enable the parties to conduct additional settlement discussions in conjunction with the early discovery in the case.

7. The Defendant has been out of State caring for a relative for the past four (4) months and has assented to this Motion.

8. For the foregoing reasons, the Court should grant Plaintiffs' Motion For An Extension of Time and to Modify the Scheduling Order.

Dated: August 15th, 2005

Respectfully Submitted,

James E. O'Neil
The Meadows, Suite A-103
1120 Ten Rod Road
North Kingstown, Rhode Island
Telephone: (401) 667-7111
Fax: (401) 667-7112
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 15th day of August, 2005, I a true and accurate copy of the within Memorandum in Support of Plaintiff's Motion For An Extension of Time and to Modify the Scheduling Order was mailed, first class, postage prepaid to Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, RI 02915.

James E. O'Neil

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CAPITOL RECORDS, INC., *ET AL.*,

Plaintiffs,

v.

THERESA MARINELLI,

Defendant.

Civil Action No.: 04-460ML

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion For An Extension of Time and to Modify the Scheduling Order, it is hereby:

ORDERED that the Motion For An Extension of Time and to Modify the Scheduling Order is GRANTED. The Scheduling Order is modified as follows:

| | Revised Deadline |
|---|---|
| Discovery Deadline; submission of status report | October 13, 2005 |
| Dispositive pretrial motions | November 13, 2005 |
| Memos due | December 14, 2005 |

Dated: ____________________

____________________________________
Honorable Mary M. Lisi
United States District Court Judge