**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CAPITOL RECORDS, INC., *ET AL.*,

Plaintiffs,

v.

THERESA MARINELLI,

Defendant.

Civil Action No.: 04-460ML

FILED AUG 17 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE SCHEDULING ORDER**

Pursuant to Local Rule 2 (c), Plaintiffs, through undersigned counsel, respectfully submit this Motion For An Extension of Time and to Modify the Scheduling Order. Plaintiffs have attached a memorandum in support of their motion. Significantly, this motion has been assented to by the Defendant, Theresa Marinelli.

**ASSENTED TO:**

Theresa Marinelli

Theresa Marinelli, Defendant

Dated: August 12, 2005

Respectfully Submitted,

James E. O'Neil

James E. O'Neil
The Meadows, Suite A-103
1120 Ten Rod Road
North Kingstown, Rhode Island
Telephone: (401) 667-7111
Fax: (401) 667-7112
*Attorney for Plaintiffs*

Granted.
Mary M. Lisi
USDJ 8/17/05

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 15th day of August, 2005, I a true and accurate copy of the within Motion For An Extension of Time and to Modify the Scheduling Order was mailed, first class, postage prepaid to Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, RI 02915.

James E. O'Neil