**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS, LLC, a Delaware limited liability company, | |
| | Civil No.: CA 04-460ML |
| Plaintiffs, | |
| v. | |
| THERESA MARINELLI | |
| Defendant. | |

**MOTION TO STAY**

Now come the Plaintiffs in the above-captioned case, by and through their attorney, the undersigned James E. O'Neil, Esq., and respectfully requests this Honorable Court stay the proceedings in the above-captioned case.

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 28 day of October, 2005 a true and accurate copy of the within Motion to Stay was mailed first class, postage prepaid to Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, RI 02915, Mr. Alfred R. Rego, Jr. Esq., Rego & Rego, 443 Hope Street, Bristol, RI 02809 and Mr. Charles A. Pisaturo, Jr., Esq., 1055 Elmwood Avenue, Providence, RI 02907-2817.

James E. O'Neil, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS, LLC, a Delaware limited liability company, | |
| | Civil No.: CA 04-460ML |
| Plaintiffs, | |
| v. | |
| THERESA MARINELLI | |
| Defendant. | |

**MEMORANDUM IN SUPPORT OF MOTION TO STAY**

As reason in support of Plaintiff's Motion to Stay, the Court is respectfully advised that on October 17, 2005 undersigned Plaintiff's Counsel received notice of a bankruptcy proceeding concerning the debtor, Theresa Marinelli, from the United States Bankruptcy Court. One copy of said notice is appended hereto and incorporated by reference herein. The Plaintiff additionally requests in light of this Motion to Stay that the Proposed Order relating to the Stipulation filed with this Court on October 13, 2005 be withdrawn and that the proposed judgment not be entered.

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 12th day of October, 2005 a true and accurate copy of the within Memorandum in Support of Motion to Stay was mailed first class, postage prepaid to Ms. Theresa Marinelli, 39 Peck Avenue, Riverside, RI 02915, Mr. Alfred R. Rego, Jr. Esq., Rego & Rego, 443 Hope Street, Bristol, RI 02809 and Mr. Charles A. Pisaturo, Jr., Esq., 1055 Elmwood Avenue, Providence, RI 02907-2817.

James E. O'Neil, Esq.